# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| In re:<br><br>CHA CHA ENTERPRISES, LLC,<br><br>        Debtor.<br><br>NUCP TURLOCK, LLC,<br><br>        Appellants,<br>vs.<br>MI PUEBLO SAN JOSE, INC.; JUVENAL CHAVEZ; THE CHAVEZ FAMILY LIVING TRUST; MARIA CHAVEZ; JUVENAL CHAVEZ JR.; EDGAR CHAVEZ; ENRIQUE CHAVEZ; AND CHA CHA ENTERPRISES, LLC,<br><br>        Appellees. | **Case. No: 14-2810**<br><br>~~**PROPOSED**~~ **ORDER GRANTING APPELLANT'S REQUEST FOR DISMISSAL OF APPEAL** |

1

Appellant NUCP Turlock, LLC and Appellees have reached a settlement. In light of the settlement, Appellant NUCP Turlock's request for dismissal of its appeal with prejudice is GRANTED, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: January 22, 2015

_____
BETH LABSON FREEMAN
United States District Judge